X:\UNG\5089\Legal\RULE26RESP022008.doc(MES)

UNITED STATES DISTRICT COURT OF THE
STATE OF NEW YORK
SOUTHERN DISTRICT OF NEW YORK                    Index No. 08 CIV. 0079
FRED LOCKLARY,

                                                 **RESPONSE TO RULE 26**
                        Plaintiff,               **DISCOVERY**

        -against-

TOWN OF NEW WINDSOR, MICHAEL C.
BIASOTTI,  Chief of Police of the Town of New
Windsor Police Department, POLICE OFFICER
STEPHEN L. BEREAN (Shield #132) and POLICE
OFFICER JOHN A. MARTIN (Shield #124),

                        Defendant.

S I R S:


        **PLEASE TAKE NOTICE** that the Defendant, TOWN OF NEW WINDSOR, MICHAEL C.

BIASOTTI,  Chief of Police of the Town of New Windsor Police Department, POLICE OFFICER

STEPHEN L. BEREAN (Shield #132) and POLICE OFFICER JOHN A. MARTIN (Shield #124),

by their attorneys the law firm of Barry, McTiernan & Moore, upon information and belief respond

to Rule 26 Discovery as follows:

        A.      **Names, addresses and telephone numbers of each individual likely to have**

**discoverable information**:  The following are individuals likely to have discoverable information

and their last known addresses and telephone numbers, where available:

        i)      Fred Locklary, 1 Mullins Apartments, Newburgh, New York, 12550, 845-
562-1766

        ii)     Grace Locklary, 1 Mullins Apartments, Newburgh, New York, 12550, 845-
562-1766

        iii)    Daksha V. Bapodra, 3046 Route 9W, New Windsor, New York, 12553, 845-
562-6373

X:\UNG\5089\Legal\RULE26RESP022008.doc(MES)

iv)    James Ray, 62 Union Avenue, New Windsor, New York, 12550, 845-565-8938

v)    Michael Green, 43 Bridge Street, Newburgh, New York, 12550, 914-561-3113

vi)    Stephn L. Berean, c/o Town of New Windsor Police Department, 555 Union Avenue, New Windsor, New York, 12553

vii)    John A. Martin, c/o Town of New Windsor Police Department, 555 Union Avenue, New Windsor, New York, 12553

viii)    Michael C. Biasotti, c/o Town of New  Windsor Police Department, 555 Union Avenue, New Windsor, New York, 12553

ix)    Denise Ray, 62 Union Avenue, New Windsor, New York, 12553

B.    **The documents and tangible things including public records which may be used in the defense of this claim are**: Records from the Town of New Windsor Police Department concerning the arrest of Fred Locklary which are annexed hereto.  Defendant is currently not in possession of any written statements of the plaintiff.  Records from the Town of New Windsor Justice Court.

C.    **Medical reports and authorizations**:  None.

D.    **Experts**:  At this time, these defendants have not obtained any expert witnesses.

E.    **Computation of Damages**:  Not applicable to these defendants.

F.    **Insurance Agreement**:  The defendant, The Town of New Windsor, is insured by the Diamond State Insurance Company, c/o Network Adjusters, 850 Fulton Street, Framingdale, New York, 11735, policy number LBL0001474, policy limits $1,000,000.00 per person, $1,000,000.00 per occurrence, $1,000,000.00 annual aggregate, subject to $15,000.00 deductible.

**PLEASE TAKE FURTHER NOTICE** that the responding defendant reserves the right to

X:\UNG\5089\Legal\RULE26RESP022008.doc(MES)

amend and/or supplement the above responses up to and including the time of trial.

Dated: White Plains, New York
        February 25, 2008

                                        Yours, etc.,

                                        _____
                                        Robert C. McMahon (RM1533)
                                        Barry, McTiernan & Moore
                                        Attorneys for Defendants
                                        TOWN OF NEW WINDSOR, MICHAEL C.
                                        BIASOTTI,  Chief of Police of the Town of
                                        New Windsor Police Department, POLICE
                                        OFFICER STEPHEN L. BEREAN (Shield
                                        #132) and POLICE OFFICER JOHN A.
                                        MARTIN (Shield #124)
                                        55 Church Street
                                        White Plains, NY  10601
                                        (914) 946-1030

To:

Michael R. Scolnick, P.C.
Attorneys for Plaintiff
FRED LOCKLARY
175 Burrows Lane
Blauvelt, NY 10913
(845) 354-9339

AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                                    ) ss.:
COUNTY OF WESTCHESTER    )


      LORI JACOBSON, being duly sworn, deposes and says:  I am not a party to this action, am over 18 years of age and reside in Yonkers, New York.

      That on February 25, 2008, a true copy of the annexed **RESPONSETO RULE 26 DISCOVERY** was served in the following manner:

      By mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

Michael R. Scolnick, P.C.
Attorneys for Plaintiff
FRED LOCKLARY
175 Burrows Lane
Blauvelt, NY 10913
(845) 354-9339


                                             _Lori Jacobson_
                                      Lori Jacobson

Sworn to before me this
25th     day of February, 2008


_Mary Ellen Stout_
**Mary Ellen Stout**
Notary Public, State of New York
No. 4790758
Qualified in Westchester County
Commission Expires January 31, 2010

# NEW WINDSOR POLICE DEPARTMENT
## COMPLAINT REPORT

(Rev 2-89)

Page # 1

| Case Type | Jurisdiction | Case No. | Event No. |
|---|---|---|---|
| DRIVING W/INTOX | NEW WINDSOR | 05-01716 | 05-13446 |

| Report Time/Date | Occurred From Time/Date | Occurred Through Time/Date | Complaint Received |
|---|---|---|---|
| 2256   08/17/2005 | 2256   08/17/2005 | 2256   08/17/2005 | OFFICER |

**Offense(s) if Any**
DWI E-FELONY  D.W.I. W/.08 OR + ALCOH  AGG. UNLIC. OPER 1ST DEG.  PASSED RE

**P.L. Section**
VTL 1192-3(E-FEL)  VTL 1192-2    VTL 511-3   VTL 1111-D1   VTL 319-1

| Person | | | | | | |
|---|---|---|---|---|---|---|
| **Last Name, First, M.I.** | | | **Address** | | | |
| RAY,JAMES 62 UNION AVE  NEW WINDSOR NY 12550 | | | | | | |
| **Testimony/Actions Prior to Crime** | | | | | | |
| **Home Telephone** | **Business Telephone** | **Sex** | **Date of Birth** | **Age** | **Race** | |
| 845 565-8938 | | M | 04/11/35 | 70 | BLACK | |
| **Role(s)** | | | | | | |
| OWNER | | | | | | |

| Person | | | | | | |
|---|---|---|---|---|---|---|
| **Last Name, First, M.I.** | | | **Address** | | | |
| BAPODRA,DAKSHA V 3046 RT 9W  NEW WINDSOR NY 12553 | | | | | | |
| **Testimony/Actions Prior to Crime** | | | | | | |
| **Home Telephone** | **Business Telephone** | **Sex** | **Date of Birth** | **Age** | **Race** | |
| 845 562-6373 | | F | 12/15/62 | 42 | WHITE | |
| **Role(s)** | | | | | | |
| WITNESS | | | | | | |

| Person | | | | | | |
|---|---|---|---|---|---|---|
| **Last Name, First, M.I.** | | | **Address** | | | |
| GREEN,MICHAEL 43 BRIDGE STREET  NEWBURGH CITY NY 12550 | | | | | | |
| **Testimony/Actions Prior to Crime** | | | | | | |
| **Home Telephone** | **Business Telephone** | **Sex** | **Date of Birth** | **Age** | **Race** | |
| 914 561-3113 | 914 561-3113 | M | 07/15/57 | 48 | BLACK | |
| **Role(s)** | | | | | | |
| PASSENGER | | | | | | |

| Person | | | | | | |
|---|---|---|---|---|---|---|
| **Last Name, First, M.I.** | | | **Address** | | | |
| LOCKLARY,GRACE T 1 MULLINS APTS  NEWBURGH TOWN NY 12550 | | | | | | |
| **Testimony/Actions Prior to Crime** | | | | | | |
| **Home Telephone** | **Business Telephone** | **Sex** | **Date of Birth** | **Age** | **Race** | |
| 845 562-1766 | | F | 03/27/52 | 53 | BLACK | |
| **Role(s)** | | | | | | |
| OWNER | | | | | | |

| Type of Location (Specific) | Address/Location of Occurrence | Post |
|---|---|---|
| STREET | UNION AVE  NEW WINDSOR | 2 |

| Case Status | Unit Referred to |
|---|---|
| CLOSED-ARREST | RECORDS |

**Vehicle**

| License | State | Vin No. |
|---|---|---|
| DCR1845 | NY | 1G1BU51H7JA117769 |

| Year | Make | Model | Style | Color | Value |
|---|---|---|---|---|---|
| 88 | CHEVROLET | CAPRICE | SEDAN | GRAY | 100.00 |

| Voucher No. | Vehicle Role |
|---|---|
| | IMPOUNDED |

**NEW WINDSOR POLICE DEPARTMENT**
**COMPLAINT REPORT**

Case No. 05-01716                                                                 Page # 2

| P r o p e r t y | Quantity | Article, Description, Brand Name, Model, Serial No., Id # | | Value | Role |
|---|---|---|---|---|---|
| | | | | | |

| | Item | Value stolen | Value Recovered | Item | Value Stolen | Value Recovered |
|---|---|---|---|---|---|---|
| S u m m a r y | Motor Veh. Stolen-Recv | | | M.V. Recv'd Other Auth. | | |
| | Currency | | | Jewelry | | |
| | Furs,Cloth. | | | Firearms | | |
| | Office Equ. | | | TV's-Radios Cameras | | |
| | Household | | | Consumables | | |
| | Misc. | | | | | |

| | Total No. of Perpetrators 1 | Wanted | Arrested 1 | Describe Weapon |
|---|---|---|---|---|

**Offender**

| Wanted/Arrested ARRESTED | Last Name,First, M.I. LOCKLARY,FRED JR | Address 1 MULLINS APT NEWBURGH CITY NY 12550 |
|---|---|---|

| Sex M | Race BLACK | Date of Birth 02/21/50 | Age 55 | Height 509 | Build HEAVY,S | Eye Color BROWN | Hair Color GRAY-PAR | Hair Length SHAVED H |
|---|---|---|---|---|---|---|---|---|

| Facial Hair MOUSTACHE | Accent | Eyeglasses WEARS GLASS | Nickname,First Name,Alias | Wanted Person Alarm 01069 |
|---|---|---|---|---|

Details
OFFICER'S REPORT:
PO STEPHEN L. BEREAN
08/18/2005
0059 HRS.

   WHILE ON PATROL ON RT 9W SOUTH IN THE AREA OF UNION AVENUE THIS OFFICER OBSERVED A GRAY CHEVROLET IMPALA TRAVELLING NORTHBOUND. IT WAS OCCUPIED BY TWO BLACK MALES. THIS OFFICER OBSERVED THIS VEHICLE MAKE A LEFT TURN FROM RT 9W ONTO UNION AVENUE WEST. UPON DOING THIS THE VEHICLE PASSED A RED LIGHT WHICH WAS FACING IN ITS DIRECTION OF TRAVEL. THIS OFFICER TURNED POLICE VEHICLE AROUND ONTO RT 9W NORTH AND ATTEMPTED TO STOP THIS VEHICLE. THIS VEHICLE WAS OBSERVED MAKING A RIGHT TURN INTO A DRIVEWAY OFF UNION UNION AVENUE. THIS OFFICER PROCEEDED WEST ON UNION AVENUE AND LOCATED THE VEHICLE IN THE DRIVEWAY AT 62 UNION AVENUE. THE TWO OCCUPANTS HAD GOTTEN OUT AND WERE STANDING AT THE FRONT DOOR OF THE RESIDENCE. THIS OFFICER STOPPED POLICE VEHICLE AND SPOKE WITH BOTH PARTIES. UPON SPEAKING WITH THE FIRST SUBJECT, MR. FRED LOCKLARY, HE ADVISED THAT THE VEHICLE IN THE

Case No. 05-01716

## NEW WINDSOR POLICE DEPARTMENT
## COMPLAINT REPORT

Page # 3

Details

DRIVEWAY WAS HIS WIFE'S CAR. THIS OFFICER DETECTED A STRONG ODOR OF AN ALCOHOLIC BEVERAGE COMING FROM HIS MOUTH ARE. HE ALSO HAD RED WATERED EYES AND WAS NOT SPEAKING CLEARLY. WHEN ASKED IF HE WAS DRIVING THE VEHICLE HE DENIED OPERATION. THIS OFFICER CALLED OFFICER MARTIN TO RESPOND FOR BACK UP. UPON HIS ARRIVAL THE SECOND SUBJECT WAS INTERVIEWED AT THE SCENE. MR. MICHAEL GREEN TOLD BOTH OFFICERS THAT MR. LOCKLARY WAS DRIVING AND THAT THEY WERE COMING FROM THE MOTEL (TRAVEL INN) ON RT 9W WHICH IS WHERE THIS OFFICER OBSERVED THEM LEAVING FROM INITIALLY. MR. LOCKLARY WAS INTERVIEWED AGAIN AND DENIED OPERATING THE VEHICLE. MR. GREEN WAS ADAMANT THAT MR. LOCKLARY WAS DRIVING THE VEHICLE AND AGREED TO GIVE A SWORN STATEMENT AS TO WHAT HAPPENED. MR. GREEN APPEARED TO BE SOBER AT THE TIME. OFFICER MARTIN WAS ABLE TO OBTAIN A WRITTEN STATEMENT FROM MICHAEL GREEN AT THE SCENE IMPLICATING MR. LOCKLARY AS THE DRIVER. MR. GREEN CAN ONLY READ AND WRITE THE ENGLISH LANGUAGE PARTIALLY. OFFICER MARTIN PREPARED THE STATEMENT BASED ON ORAL STATEMENT. MR. GREEN WAS READ BACK THE STATEMENT BY OFFICER MARTIN. MR. GREEN AGREED TO ITS CONTENTS AND WAS ABLE TO SIGN HIS NAME ON THE STATEMENT AS WITNESSED BY THIS OFFICER AND OFFICER MARTIN.

MR. JAMES RAY, THE OWNER OF 62 UNION AVENUE WAS INTERVIEWED. HE ASKED THIS OFFICER WHY THE DRIVER AND PASSENGER WERE AT HIS RESIDENCE KNOCKING ON HIS DOOR. BASED ON WRITTEN STATEMENT FROM MR. GREEN THIS OFFICER PLACED MR. LOCKLARY UNDER ARREST FOR DRIVING WHILE INTOXICATED AND HAVING A REVOKED DRIVER'S LICENSE. HE WAS PLACED INTO POLICE VEHICLE AND TRANSPORTED TO HEADQUARTERS FOR PROCESSING. WHILE DRIVING TO POLICE HEADQUARTERS THIS OFFICER COULD STILL DETECT THE ODOR OF AN ALCOHOLIC BEVERAGE COMING FROM HIS MOUTH AREA. HE WAS STILL SLURRING HIS SPEECH AND HE STATED THAT HE HAD BEEN DRINKING EARLIER AT A FRIEND'S HOUSE. HE STATED HE WAS DRINKING BEER. UPON ARRIVAL AT POLICE HEADQUARTERS MR. LOCKLARY WAS ADAMANT THAT HE WAS NOT DRIVING THE VEHICLE. HE STATED THAT HE WAS LAYING DOWN ON THE BACK SEAT AND THAT A FEMALE NAMED FELICIA STUBBS WAS OPERATING. HE STATED THAT HE SPOKE TO CLERK AT THE TRAVEL INN WHO SAW HIM AS THE PASSENGER. THIS OFFICER SPOKE WITH THE CLERK IDENTIFIED AS DAKSHA BAPODRA. SHE ADVISED THIS OFFICER THAT A MALE PARTY WAS OPERATING THE VEHICLE. SHE DESCRIBED THE MALE PARTY AS BLACK, HAVING A BALD HEAD, HEAVY STOCKY BUILD, AND WAS WEARING A BLACK SHIRT. THIS DESCRIPTION FIT MR. LOCKLARY AND NOT MR. GREEN.

UPON ARRIVAL AT POLICE HEADQUARTERS THIS OFFICER CONDUCTED VARIOUS FIELD SOBRIETY TESTS INCLUDING THE HORIZONTAL GAYZE NYSTAGMUS, THE FINGER COUNT,

**NEW WINDSOR POLICE DEPARTMENT**
**COMPLAINT REPORT**

Case No. 05-01716                                                                    Page # 4

**Details**

THE NUMBER COUNT, AND THE RECITAL OF THE ALPHABET. MR. LOCKLARY FAILED ALL
BUT ONE OF THE TESTS. THE ONE PASSED WAS THE FINGER COUNT. BEFORE ASKED TO
PERFORM THESE TESTS MR. LOCKLARY ADVISED THAT HE UNDERSTOOD THE DIRECTIONS
BEFORE PERFORMING THEM. HE WAS ALSO ASKED IF HE HAD ANY PHYSICAL DISABILITES
HE STATED THAT HE HAD A BAD BACK AND THAT A BULLET WAS LODGED THERE AS
HE IS A COMBAT VETERAN FROM VIETNAM. HE WAS NOT ASKED TO PERFORM THE OTHER
TWO STANDARD TESTS(WALK AND TURN AND ONE LEG STAND) BECAUSE OF THIS. MR.
LOCKLARY WAS GIVEN READ HIS DWI AND MIRANDA WARNINGS AT POLICE HEADQUARTERS
BY THIS OFFICER AT 0015 AND 0016 HRS. RESPECTIVELY. HE WAS GIVEN A BREATH
TEST VIA THE DATAMASTER ON HIS OWN CONSENT TO DETERMINE THE ALCOHOL
CONCENTRATION IN HIS BLOOD. A READING OF .11% WAS OBTAINED. MR. LOCKLARY
WAS SUBSEQUENTLY CHARGED AND PROCESSED AT HEADQUARTERS. HE WAS CHARGED WITH
DRIVING WHILE INTOXICATED AS A FELONY BASED ON A PRIOR CONVICTION FOR
DRIVING WHILE INTOXICATED ON 04/23/2001 OUT OF THE CITY OF NEWBURGH JUSTICE
COURT. HE WAS ALSO CHARGED WITH FELONY AGGRAVATED UNLICENSED OPERATION IN
THE FIRST DEGREE AS HE IS REVOKED BASED ON SAME CONVICTION. HE WAS ALSO
CHARGED WITH PASSING A RED LIGHT AND OPERATING WITHOUT FINANCIAL SECURITY.
HE WAS ISSUED TRAFFIC SUMMONSES FOR ALL THESE CHARGES. HE WAS ISSUED AN
APPEARANCE TICKET AND WAS RELEASED ROR TO RETURN ON 09/25/2005 IN TOWN COURT
THE VEHICLE HE WAS OPERATING WAS IMPOUNDED AT THE SCENE. IT WAS TOWED BY
EXPRESS TOWING. NO HOLDS PLACED ON VEHICLE. 221.

| Associated Events | Latent Fingerprints | Crime Prevention Survey |
|---|---|---|
| 05-13446 | | |

Reporting/Investigating Officer
PO STEPHEN L BEREAN

Supervisor Approving
231 SAGER,STEPHEN R JR 08/21/2005 1619

Supervisor 2 Approving

UT456 (7/93)   New York State ≡ Department of Motor Vehicles

## LV 472827 5

**UNIFORM TRAFFIC TICKET**

POLICE AGENCY *NWPD*

Last Name (Defendant) *Cocklair* First Name *Fred* M.I.

Number and Street *Mullins Apt.* Apt. No.

City *Newburgh* State *NY* Zip *95850*

Client ID Number: 2 3 5 . 4 5 2 4 5 6

US State *NY* Lic. Class *D* Date Expires *2-08* Date of Birth *9/21/50* Sex *P*

DCR *7845*

US DOT#

IN VIOLATION OF NYS V&T Law *1111* Sub *D-1*

Description of Violation *Passed Red Light*

(Officer's Signature) *Stephen S Beren*

8 17 05

03567  DMV/Troop 4  Precinct/Station 132

Officer's Last Name *Beren*

YOU ARE HEREBY DIRECTED TO APPEAR IN THE

COURT Town of *New Windsor*

Address *555 Union Ave.*

*New Windsor 12553*

ON *7-5 2005*

A plea of guilty to this charge is equivalent to a conviction after trial. If you are convicted, not only will you be liable to a penalty, but in addition your license to drive a motor vehicle or motorcycle, and your certificate of registration, if any, are subject to suspension and revocation as prescribed by law.

Upon conviction you may be subject to a mandatory surcharge in the amount prescribed by law. Your failure to respond may result in a warrant for your arrest or suspension of your driver license and/or a default judgment against you.

---

UT-3JI (7/93)   New York State ≡ Department of Motor Vehicles

## LV 472828 6

**UNIFORM TRAFFIC TICKET**

POLICE AGENCY *NWPD*

Last Name (Defendant) *Cocklair* First Name *Fred* M.I.

Number and Street *Mullins Apt.* Apt. No.

City *Newburgh* State *NY* Zip *95850*

Client ID Number: 2 3 5 4 5 2 4 5 6

US State *NY* Lic. Class *D* Date Expires *2-08* Date of Birth *9/21/50* Sex *P*

DCR *7845*

US DOT#

IN VIOLATION OF NYS V&T Law *1192* Sub *3*

Description of Violation *Driving While Intoxicated*

(Officer's Signature) *Stephen S Beren*

8 17 05

03567  DMV/Troop 4  Precinct/Station 132

Officer's Last Name *Beren*

YOU ARE HEREBY DIRECTED TO APPEAR IN THE

COURT Town of *New Windsor*

Address *555 Union Ave.*

*New Windsor 12553*

ON *7-5 2005*

A plea of guilty to this charge is equivalent to a conviction after trial. If you are convicted, not only will you be liable to a penalty, but in addition your license to drive a motor vehicle or motorcycle, and your certificate of registration, if any, are subject to suspension and revocation as prescribed by law.

Upon conviction you may be subject to a mandatory surcharge in the amount prescribed by law. Your failure to respond may result in a warrant for your arrest or suspension of your driver license and/or a default judgment against you.



**Ticket 1:**

UT-3.6 (7/83)    New York State = Department of Motor Vehicles

## LV 472829 0

UNIFORM TRAFFIC TICKET

POLICE AGENCY    NWPD

Last Name (Defendant): Cockley    First Name: Fred    M.I.

Number and Street: 7 Mullins Apt    Apt. No.

City: Newburgh    State: NY    Zip Code: 73870

Client ID Number: 2 3 5 4 5 2 4 5 6

State Expires    Sex: M    Date of Birth: 5/11/50    Con. Yes    Bus Use    Haz. Mat

OCR: 7845

Vehicle Plate No.    State Plate: NY    Reg. Exp.    Con. Veh    Bus. Veh    Haz Type

1988 Chev

In connection with your alleged commission of the following offense committed on

Date of Offense    Time 10.56 AM

ON Route 9W. North    Here Map

NOT IN City of Newburgh    CO. or Orange    Location Code 5364

IN VIOLATION OF ☐ NYS V&T Law    01    ☑ Other Law

Sec. 1192    Sub. 2

Description of Violation: Driving with BAC of .08% or more

(Officer's Signature): Stephen S. Bynon    Offense Type    8-17-05

NCIC ID: 83367    DMV Troop    POL Dept    Sector/Station

Officer Last Name: Bynon    /    3    M.I.    Shield 731

YOU ARE HEREBY DIRECTED TO APPEAR IN THE

COURT: Town of New Windsor

Address: 555 Union Avenue

City: New Windsor    NY    12553

ON 7-15    YEAR 2005    AT 9:00 AM

A plea of guilty to this charge is equivalent to a conviction after trial. If you are convicted, not only will you be liable to a penalty, but in addition your license to drive a motor vehicle or motorcycle, and your certificate of registration, if any, are subject to suspension and revocation as prescribed by law.

Upon conviction you may be subject to a mandatory surcharge in the amount prescribed by law. Your failure to respond may result in a warrant for your arrest or suspension of your driver license and/or a default judgment against you.

---

**Ticket 2:**

UT-3.6 (7/83)    New York State = Department of Motor Vehicles

## LV 472830 1

UNIFORM TRAFFIC TICKET

POLICE AGENCY    NWPD

Last Name (Defendant): Cockley    First Name: Fred    M.I.

Number and Street: 7 Mullins Ap    Apt. No.

City: Newburgh    State: NY    Zip Code: 73870

Client ID Number: 2 3 5 4 5 2 4 5 6

State Expires    Sex: M    Date of Birth: 5/11/50    Con. Yes    Bus Use    Haz. Mat

OCR: 7845

Vehicle Plate No.    State    Reg. Exp.    Con. Veh    Bus. Veh    Haz Type

1988 Chev

In connection with your alleged commission of the following offense committed on

Date of Offense    Time 10.56 AM

ON Route 9W. North    Here Map

NOT IN City of Newburgh    CO. or Orange    Location Code 5364

IN VIOLATION OF ☐ NYS V&T Law    01    ☑ Other Law

Sec. 511    Sub. 3A

Description of Violation: Agg Unlicensed Op

(Officer's Signature): Stephen S. Bynon    Offense Type    8-17-05

NCIC ID: 83367    DMV Troop    POL Dept    Sector/Station

Officer Last Name: Bynon    /    3    M.I.    Shield 731

YOU ARE HEREBY DIRECTED TO APPEAR IN THE

COURT: Town of New Windsor

Address: 555 Union Avenue

City: New Windsor    NY    12553

ON 7/15    YEAR 2005    AT 9:00 AM

A plea of guilty to this charge is equivalent to a conviction after trial. If you are convicted, not only will you be liable to a penalty, but in addition your license to drive a motor vehicle or motorcycle, and your certificate of registration, if any, are subject to suspension and revocation as prescribed by law.

Upon conviction you may be subject to a mandatory surcharge in the amount prescribed by law. Your failure to respond may result in a warrant for your arrest or suspension of your driver license and/or a default judgment against you.

UT-3.8 (7/03)    New York State ● Department of Motor Vehicles

# LV 472831 2

UNIFORM
TRAFFIC
TICKET

N.W.P.D.    POLICE AGENCY

| Last Name (Defendant) | First Name | M.I. |
|---|---|---|
| Corkery | Fred | |

Number and Street: 1A-11th Apt

| City | State | Zip Code |
|---|---|---|
| Newburgh | NY | 79550 |

Client ID Number: 235 4 8 2 9 9 6

| Lic. Exp. Date | Date Expires | Sex | Date of Birth | Conv. Yr. | Eyes | Haz. Mat. |
|---|---|---|---|---|---|---|
| N 12.0 | 2-09 | M | 5 1 10 | 64 | | |

| | | | Veh Type |
|---|---|---|---|
| DCR 1848 | 707 | 725 | 64 | |

| 985 Chev | | In connection with your alleged commission of the following offense committed on |
|---|---|---|

IN VIOLATION OF N.Y.S. VET Law    ☐ CO. OF    ☐ Other Law

| Sec | Sub | | | Location Code 3664 |
|---|---|---|---|---|

| Sec 319 | Sub 1 | | |

Description of Violation: No Financial Security    MPH    MPH Zone

Officer's Signature: Stephen L Bennett

| | | | | | | Offense Box | |
|---|---|---|---|---|---|---|---|
| | | -8 | m | 05 | | | |

| 03567 | DMV Code | | Sector/Station |
|---|---|---|---|

Officer's Last Name: Bennett

YOU ARE HEREBY DIRECTED TO APPEAR IN THE

555 Union Avenue

| City | | |
|---|---|---|
| New W. NY 12553 | | |

On 4/K    2008 at    M

'A plea of guilty to this charge is equivalent to a conviction after trial. If you are convicted, not only will you be liable to a penalty, but in addition your license to drive a motor vehicle or motorcycle, and your certificate of registration, if any, are subject to suspension and revocation as prescribed by law.

Upon conviction you may be subject to a mandatory surcharge in the amount prescribed by law. Your failure to respond may result in a warrant for your arrest or suspension of your driver license and/or a default judgment against you.

State of New York

County of Orange

Town of New Windsor

Date: 8-17-05

Time: 2320 hrs.

Location: 62 Union Avenue
New Windsor NY
12553

I ___Michael Green___, Being duly sworn deposes and says, that I am 48 years of age, born on ___July 15 1957___, and reside at ___43 Bridge St City of Newburgh___, and that I ~~can read~~ and write the
can not read
English language.

MR. Green I am officer Martin of the Town of New Windsor Police Dept. I Am investigating a traffic stop officer Berean conducted on wednesday August 17, 2005 at 2256 hrs. What if anything can you tell me about the traffic stop.

A. Me and Fred back here are coming from the hotel when we got stopped.

Q. What hotel are you coming from?

A. That one down the street there. I don't know the name of it

Q. Would that be the travel Inn?

A. Yeah thats the one

Q. Where are you going?

A. To my parents house at 62 Union Ave

Q. who was in the car with you?

A. Just me and Fred.

Q. who was driving the car?

A. Fred was

Q. why did the two of you run from the car and to the front door of the house?

A. Because we came here to visit my parents. But we didn't run

PAGE _1_ OF _3_

STATE OF NEW YORK

COUNTY OF ORANGE

TOWN OF NEW WINDSOR

DATE ———

TIME ———

LOCATION ———

Q Is there anything else you wish to tell me about this incident?

A. No that's it. That's it.

Q Is everything you told me the truth and to the best of your knowledge.

A. Yes.

Michael Green

I have read this statement consisting of ___3___ page(s) and the facts contained herein are true and correct. I have also been told and I understand that making a false written statement is punishable as a Class A misdemeanor pursuant to section 210.45 of the Penal Law of the State of New York.

Affirmed under penalty of perjury this 17th day of Aug 2005

Subscribed and sworn to before me          Signed: _Michael J. Serr_

This 17th day of Aug, 20 05

Title: _Patrolman_                Witness: P.o _Marto_
                                  Witness: _Steph J. Benn #132_

Page __3__ of __3__ Page(s)

## Ticket LV 472827 5

UTSS-6 (7/93)   New York State ● Department of Motor Vehicles

**UNIFORM TRAFFIC TICKET**

POLICE AGENCY — NWPD

Last Name (Defendant): Cocklain   First Name: Fred

Number and Street: Mullins Apt.

City: Newburgh

Client ID Number: 1 3 5 4 5 2 4 5 6

Description of Violation: Ran Red Light

Officer's Signature: Stephen S Beran

8 17 05

Officer's Last Name: Beran

YOU ARE HEREBY DIRECTED TO APPEAR IN THE
Town of New Windsor
555 Union Ave.
New Windsor 13553

A plea of guilty to this charge is equivalent to a conviction after trial. If you are convicted, not only will you be liable to a penalty, but in addition your license to drive a motor vehicle or motorcycle, and your certificate of registration, if any, are subject to suspension and revocation as prescribed by law.

## Ticket LV 472828 6

UTSS-6 (7/93)   New York State ● Department of Motor Vehicles

**UNIFORM TRAFFIC TICKET**

POLICE AGENCY — NWPD

Last Name (Defendant): Cocklain   First Name: Fred

Number and Street: Mullins Apt.

City: Newburgh

Client ID Number: 1 3 5 4 5 2 4 5 6

Description of Violation: Driving While Intoxicated

Officer's Signature: Stephen S Beran

8 17 05

Officer's Last Name: Beran

YOU ARE HEREBY DIRECTED TO APPEAR IN THE
Town of New Windsor
555 Union Ave.
New Windsor 13553

A plea of guilty to this charge is equivalent to a conviction after trial. If you are convicted, not only will you be liable to a penalty, but in addition your license to drive a motor vehicle or motorcycle, and your certificate of registration, if any, are subject to suspension and revocation as prescribed by law.

Exh. A