X:\UNG\5089\Legal\NoticeofAppearance.doc(lj)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

FRED LOCKLARY,                                                                08 CIV. 0079

                     Plaintiff,                                              NOTICE OF
                                                                                           APPEARANCE
   -against-

TOWN OF NEW WINDSOR, MICHAEL C.
BIASOTTI, Chief of Police of the Town of New
Windsor Police Department, POLICE OFFICER
STEPHEN L. BEREAN (Shield #132) and POLICE
OFFICER JOHN A. MARTIN (Shield #124),

                     Defendants.
_____

     PLEASE TAKE NOTICE, that the Defendants, TOWN OF NEW WINDSOR, MICHAEL C. BIASOTTI, Chief of Police of the Town of New Windsor Police Department, POLICE OFFICER STEPHEN L. BEREAN (Shield #132) and POLICE OFFICER JOHN A. MARTIN (Shield #124), hereby appears in the above-captioned action, and that the undersigned firm has been retained as the attorneys for said Defendants.

Dated: White Plains, New York
       April 7, 2008

                                                               Yours, etc.,

                                                             Robert C. McMahon (RM1533)
                                                             Barry, McTiernan & Moore
                                                             Attorneys for Defendants
                                                             TOWN OF NEW WINDSOR, MICHAEL C.
                                                             BIASOTTI, Chief of Police of the Town of
                                                             New Windsor Police Department, POLICE
                                                             OFFICER STEPHEN L. BEREAN (Shield
                                                             #132) and POLICE OFFICER JOHN A.
                                                             MARTIN (Shield #124)
                                                              55 Church Street
                                                              White Plains, NY  10601
                                                              (914) 946-1030

1

X:\UNG\5089\Legal\NoticeofAppearance.doc(lj)

To:

Michael R. Scolnick, P.C.
Attorneys for Plaintiff
FRED LOCKLARY
175 Burrows Lane
Blauvelt, NY 10913
(845) 354-9339

AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF WESTCHESTER  )

      LORI JACOBSON, being duly sworn, deposes and says: I am not a party to this action, am over 18 years of age and reside in Yonkers, New York.

      That on April __8__, 2008, a true copy of the annexed **Notice of Appearance** was served in the following manner:

      By mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

Michael R. Scolnick, P.C.
Attorneys for Plaintiff
FRED LOCKLARY
175 Burrows Lane
Blauvelt, NY 10913
(845) 354-9339

*Lori Jacobson*
Lori Jacobson

Sworn to before me this
__8th__ day of April, 2008

*Mary Ellen Stout*
Mary Ellen Stout
Notary Public, State of New York
No. 4790758
Qualified in Westchester County
Commission Expires January 31, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Index No. 08 CIV 0079

FRED LOCKLARY,

                Plaintiff,

    -against-

TOWN OF NEW WINDSOR, MICHAEL C. BIASOTTI, Chief of Police of the Town of New Windsor Police Department, POLICE OFFICER STEPHEN L. BEREAN (Shield #132) and POLICE OFFICER JOHN A. MARTIN (Shield #124),

                Defendants.

**NOTICE OF APPEARANCE**

# BARRY, McTIERNAN & MOORE
Attorneys for Defendants
TOWN OF NEW WINDSOR, MICHAEL C. BIASOTTI, Chief of Police of the Town
of New Windsor Police Department, POLICE OFFICER STEPHEN L. BEREAN
(Shield #132) and POLICE OFFICER JOHN A. MARTIN (Shield #124)
55 Church Street
White Plains, New York 10601
(914) 946-1030